UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re. IRHYTHM HOLDINGS, INC. DATA BREACH LITIGATION

Case No.26-cv-06070-TLT

**ORDER GRANTING THE STIPULATION TO CONSOLIDATE RELATED ACTIONS FOR PRETRIAL PURPOSES, APPOINTMENT OF INTERIM COUNSEL AND SETTING DEADLINES.**

Re: Dkt. No. 13, 31

The parties' Stipulation and Proposed Order to Consolidate Related Actions for Pretrial Purposes and Appoint Interim Class Counsel is **GRANTED.**

1. The deadline for any opposition to the consolidation is 14 days from the date of this order and no later than September 17, 2026.

2. Plaintiffs shall file a Consolidated Complaint no later than November 12, 2026;

3. Defendants shall file their response to the Plaintiff's Consolidated Complaint no later than January 14, 2027.

4. Every document filed in the Consolidated Action shall bear the following caption: IN RE IRHYTHM HOLDINGS, INC. DATA BREACH LITIGATION 3:26-cv-06070-TLT

United States District Court
Northern District of California

5. The docket in Civil Action No. 3:26-cv-06070-TLT shall constitute the Master Docket for this Consolidated Action.

6. The Clerk shall administratively close the docket in Wickersham v. iRhythm Holdings, Inc., No. 4:26-cv-06095-TLT; and Dalessandro v. iRhythm Holdings, Inc., No. 3:26-cv-06263-TLT.

7. The motion set for December 1, 2026 is hereby VACATED. The initial case management conference set for September 24, 2026 is hereby maintained.

All other terms of the contained in the stipulation are hereby adopted.

This order resolves ECF 13 and 31.

IT IS SO ORDERED.

Dated: September 2, 2026

TRINA L. THOMPSON
United States District Judge

6/18/29

United States District Court
Northern District of California